986 A.2d 853

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Tommy Vernon RICE, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 30, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of December 2009, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's Order is **REVERSED** and Petitioner's judgment of sentence is **VACATED.** The matter is **REMANDED** to the trial court for action consistent with our recent decision in *Commonwealth v. Haag,* 981 A.2d 902 (Pa.2009).